| | | | | |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: | Turkelson | Telephone: | (810) 280-6404 |
| | Special Agent: | Paczok, FBI | Telephone: | (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
John Anthony Gonzalez,

Case No. 1:23-mj-30251
Judge: Morris, Patricia T.
Filed: 06-13-2023 At 01:08 PM
CMP USA v. John Anthony Gonzalez (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2023__ in the county of __Saginaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Joshua Paczok, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 13, 2023__

_Judge's signature_

City and state: __Bay City, MI__

Patricia T. Morris, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Paczok, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

The FBI Mid-Michigan Safe Streets Task Force executed a search warrant at the residence of John Anthony Gonzalez. Distribution amounts of cocaine were discovered pursuant to the search warrant. Gonzalez admitted that the cocaine found in his bedroom was his.

## INTRODUCTION AND BACKGROUND

1.  I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.  The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2018. I am currently assigned to the Mid-Michigan Safe Streets Task Force. As such, I investigate violent individuals and street gangs for various violations of federal law, including narcotics trafficking. Prior to working

1

on the Safe Streets Task Force, I was assigned to the Detroit FBI Violent Gang Task Force as a Special Agent. In that capacity I investigated criminal street gangs for various violations of federal law, including narcotics trafficking, weapons offenses, violent crime, and fraud. Prior to becoming an FBI Special Agent, I was a United States Border Patrol Agent assigned to the Laredo North Station in Laredo, Texas. As a Border Patrol Agent, my responsibilities included identifying instances of human and narcotics trafficking that often-involved violent criminal organizations and drug trafficking organizations. Accordingly, I am familiar with the ways in which gangs and drug trafficking organizations and violent criminal organizations normally operate.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that John Anthony Gonzalez has violated 21 U.S.C. § 841(a)(1) possession with intent to distribute cocaine.

6. On June 13, 2023 the FBI Mid-Michigan Safe Streets Task Force executed a search warrant authorized by United States Magistrate Judge Patricia

Morris at 2529 Blake St, Saginaw, MI, 48602, which is located in the Eastern District of Michigan, Northern Division.

7.  John Anthony Gonzalez, Juanita Gonzalez, Noah Delgado, Valincia Villanueva, and Pedro Gonzalez were present during the search of the residence. During the search a metal snowman containing approximately 345 grams of cocaine was discovered on the kitchen table along with a scale with suspected drug residue and a clear plastic container containing blue pills. In the bedroom occupied by John and Juanita Gonzalez, officers located approximately 54.6 grams of crack cocaine.

8.  After the crack cocaine was located, John and Juanita Gonzalez were informed that they would both be arrested for possession with intent to distribute a controlled substance. At that time John Gonzalez told officers that the crack cocaine found in his bedroom was his and did not belong to Juanita.

9.  Based on my training and experience, the quantity of crack cocaine found by officers far exceeds what a drug user would typically have for personal use. To the contrary, the amount of crack cocaine is consistent with distribution amounts.

10. Based on the foregoing, there is probable cause to believe that John Anthony Gonzalez possessed cocaine with the intent to distribute in violation of violated Title 21 U.S.C. § 841(a)(1).

Respectfully submitted,

_____
Joshua Paczok
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 13th day of June, 2023.

_____
Patricia T. Morris
United States Magistrate Judge